UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12468-JLT

SHAHEN EDWARDS,
    Plaintiff,

v.

LARRY WELCH, EDDY CHRISPIN
and J. NICKROSZ,
    Defendants.

**MOTION OF DEFENDANTS WELCH AND CHRISPIN
TO ENLARGE TIME TO FILE RESPONSIVE PLEADINGS
PURSUANT TO FED.R.CIV.P. 6(B).**

   NOW COME Larry Welch and Eddy Chrispin, defendants in the above-entitled action, and respectfully move this Honorable Court pursuant to Fed. R. Civ. P. 6(b) for an extension of time to file responsive pleadings. As grounds for their motion, Welch and Chrispin state that:

1. They removed the above-entitled action to this Court from Suffolk Superior Court on November 23, 2004;

2. By rule, their responsive pleadings are due by November 29, 2004;

3. Undersigned counsel has only recently been appointed by the City of Boston to represent Welch and Chrispin, and was unable to meet with the defendants until paperwork concerning said appointment had been completed and

      approved by the Police Commissioner and Corporation Counsel;

4.    Undersigned counsel is scheduled to meet with both Welch and Chrispin during the week of November 29 for the purpose of investigating the Complaint and preparing responsive pleadings;

5.    Defendants Welch and Chrispin request an extension until December 6, 2004, to file responses to the Plaintiff's Complaint; and,

6.    Allowing this motion will not prejudice any party to the action and permitting Defendants Welch and Chrispin an extension to file responsive pleadings will further the interests of justice.

WHEREFORE, the Defendants respectfully request that this Honorable Court allow their motion to extend time to file responsive pleadings, and set the date for filing of responsive pleadings as on or before December 6, 2004.

                        Respectfully submitted,

                        DEFENDANTS, LARRY WELCH and EDDY CHRISPIN,

                        Merita A. Hopkins
                        Corporation Counsel

                        By their attorney:

                        s/ James M. Chernetsky
                        _____
                        James M. Chernetsky
                        Assistant Corporation Counsel
                        City of Boston Law Department
                        Room 615, City Hall
                        Boston, MA 02201
                        (617) 635-4048
                        BBO# 638152

**Local Rule 7.1 Certification**

      Undersigned counsel certifies that pursuant to LR, D. Mass. 7.1(a)(2), he attempted to contact the *pro se* Plaintiff concerning the subject matter of this Motion via letter addressed to him at the Suffolk County House of Corrections on November 19, 2004, but that he was unable to communicate with the Plaintiff prior to filing this motion due to the circumstance of his being incarcerated.

| | |
|---|---|
| _11/24/04_____ | S/ James M. Chernetsky__ |
| Date | James M. Chernetsky |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day I served a true and complete copy of the foregoing document upon the *pro se* Plaintiff, via U.S. Mail addressed to #0300848, Suffolk County House of Corrections, 20 Bradston Street, Boston, Massachusetts.


_11/24/04_____                              S/ James M. Chernetsky__
Date                                          James M. Chernetsky