UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12468-JLT

SHAHEN EDWARDS,
    <u>Plaintiff</u>,

v.

LARRY WELCH, EDDY CHRISPIN
and J. NICKROSZ,
    <u>Defendants</u>.

**<u>ANSWER OF DEFENDANT LARRY WELCH</u>**
**<u>WITH AFFIRMATIVE DEFENSES AND JURY DEMAND</u>.**

NOW COMES Larry Welch, Defendant in the above-entitled action, and hereby answers the Complaint of the Plaintiff, as follows:

**<u>PARTIES</u>**

1. Defendant Welch is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One of the Complaint, and therefore neither admits nor denies said allegations.

2. Defendant Welch admits the allegations contained in Paragraph Two of the Complaint.

3. Defendant Welch admits the allegations contained in Paragraph Three of the Complaint.

1

4. Defendant Welch denies the allegations contained in Paragraph Four of the Complaint.

**COUNT ONE**

1. Paragraph One of Count One contains a preliminary statement summarizing the Plaintiff's allegations within the Count, and as such does not require a response. To the extent that the Plaintiff's preliminary statement makes factual allegations against Defendant Welch, they are denied.

2. Paragraph Two of Count One states a legal conclusion and as such does not require a response. To the extent that the paragraph makes factual allegations against Defendant Welch, they are denied.

3. Paragraph Three of Count One states a legal conclusion and as such does not require an a response. To the extent that the paragraph makes factual allegations against Defendant Welch, they are denied.

4. Paragraph Four of Count One states a legal conclusion and as such does not require an a response. To the extent that the paragraph makes factual allegations against Defendant Welch, they are denied.

5. Defendant Welch denies the allegations contained in Paragraph Five of Count One.

6. Paragraph Six of Count One states a legal conclusion and as such does not require an a response.  To the extent that the paragraph makes factual allegations against Defendant Welch, they are denied.

7. Paragraph Seven of Count One contains the Plaintiff's prayer for relief for this Count, and as such does not require a response.  To the extent that the Plaintiff's prayer for relief makes factual allegations against Defendant Welch, they are denied.

## COUNT TWO

1. Paragraph One of Count Two contains a preliminary statement summarizing the Plaintiff's allegations within the Count, and as such does not require a response.  To the extent that the Plaintiff's preliminary statement makes factual allegations against Defendant Welch, they are denied.

2. Paragraph Two of Count Two states a legal conclusion and as such does not require  a response.  To the extent that the paragraph makes factual allegations against Defendant Welch, they are denied.

3. Paragraph Three of Count Two states a legal conclusion and as such does not require an a response.  To the extent that the

paragraph makes factual allegations against Defendant Welch, they are denied.

4. Paragraph Four of Count Two states a legal conclusion and as such does not require an a response. To the extent that the paragraph makes factual allegations against Defendant Welch, they are denied.

5. Paragraph Five of Count Two states a legal conclusion and as such does not require an a response. To the extent that the paragraph makes factual allegations against Defendant Welch, they are denied.

6. Defendant Welch denies the allegations contained in Paragraph Six of Count Two.

7. Paragraph seven of Count Two states a legal conclusion and as such does not require an a response. To the extent that the paragraph makes factual allegations against Defendant Welch, they are denied.

8. Paragraph Eight of Count Two contains the Plaintiff's prayer for relief for this Count, and as such does not require a response. To the extent that the Plaintiff's prayer for relief makes factual allegations against Defendant Welch, they are denied.

## COUNT THREE

1. Paragraph One of Count Three contains a preliminary statement summarizing the Plaintiff's allegations within the Count, and as such does not require a response. To the extent that the Plaintiff's preliminary statement makes factual allegations against Defendant Welch, they are denied.

2. Paragraph Two of Count Three states a legal conclusion and as such does not require a response. To the extent that the paragraph makes factual allegations against Defendant Welch, they are denied.

3. Paragraph Three of Count Three states a legal conclusion and as such does not require an a response. To the extent that the paragraph makes factual allegations against Defendant Welch, they are denied.

4. Paragraph Four of Count Three states a legal conclusion and as such does not require an a response. To the extent that the paragraph makes factual allegations against Defendant Welch, they are denied.

5. Paragraph Five of Count Three states a legal conclusion and as such does not require an a response. To the extent that the paragraph makes factual allegations against Defendant Welch, they are denied.

6. Defendant Welch denies the allegations contained in Paragraph Six of Count Three.

7. Paragraph seven of Count Three states a legal conclusion and as such does not require an a response.  To the extent that the paragraph makes factual allegations against Defendant Welch, they are denied.

8. Paragraph Eight of Count Three contains the Plaintiff's prayer for relief for this Count, and as such does not require a response.  To the extent that the Plaintiff's prayer for relief makes factual allegations against Defendant Welch, they are denied.

## COUNT FOUR

Defendant Welch does not answer Count Four, as it is directed against another defendant.

## COUNT FIVE

Defendant Welch does not answer Count Five, as it is directed against another defendant.

## COUNT SIX

Defendant Welch does not answer Count Six, as it is directed against another defendant.

**COUNT SEVEN**

Defendant Welch does not answer Count Seven, as it is directed against another defendant.

**COUNT EIGHT**

Defendant Welch does not answer Count Eight, as it is directed against another defendant.

**COUNT NINE**

Defendant Welch does not answer Count Nine, as it is directed against another defendant.

**AFFIRMATIVE DEFENSES**

*First Affirmative Defense*

The Complaint fails to state a claim against Defendant Welch upon which relief may be granted.

*Second Affirmative Defense*

Defendant Welch states that he is a public employee entitled to immunity for negligent acts committed during the scope of his employment, pursuant to the Massachusetts Torts Claims Act.

*Third Affirmative Defense*

Defendant Welch states that at all relevant times, he acted in good faith and in accord with the Constitution and laws of the United States and of the Commonwealth of Massachusetts.

### *Fourth Affirmative Defense*

Defendant Welch states that the Plaintiff has not been deprived of any rights secured by either the Constitution or the laws of the United States, or of the Commonwealth of Massachusetts.

### *Fifth Affirmative Defense*

Defendant Welch states that the injury or damage alleged in Plaintiff's Complaint was neither caused nor proximately caused by him.

### *Sixth Affirmative Defense*

Defendant Welch states that the injuries and damages alleged were caused by the Plaintiff's own intentional conduct and not the conduct of Defendant Welch.

### *Seventh Affirmative Defense*

Defendant Welch states that the Plaintiff, by his own acts, omissions, conduct and activities is estopped from asserting any claim against Defendant Welch.

### *Eighth Affirmative Defense*

Defendant Welch states that he is entitled to qualified immunity.

### *Ninth Affirmative Defense*

The Plaintiff did not make valid presentment of his claim pursuant to G.L. c. 258, §4.

**JURY CLAIM**

Defendant Welch demands a trial by jury on all claims.

Respectfully submitted,
DEFENDANT, LARRY WELCH,

Merita A. Hopkins
Corporation Counsel

By his attorney:

s/ James M. Chernetsky
_____
James M. Chernetsky
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4048
BBO# 638152