**CERTIFICATE OF SERVICE**

      I hereby certify that on this day I served true and complete copies of both the *Answer of Defendant Eddy Chrispin with Affirmative Defenses and Jury Demand* and the *Answer of Defendant Larry Welch with Affirmative Defenses and Jury Demand* upon the *pro se* Plaintiff, via U.S. Mail addressed to #0300848, Suffolk County House of Corrections, 20 Bradston Street, Boston, Massachusetts.


_12/06/04_____                        S/ James M. Chernetsky__
Date                                    James M. Chernetsky