**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 04-12468-JLT

SHAHEN EDWARDS,
    Plaintiff,

v.

LARRY WELCH, EDDY CHRISPIN and J. NICKROSZ,
    Defendants.

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

    Please enter my appearance as attorney of record for the defendants Larry Welch and Eddy Chrispin, in the above-captioned case.

Respectfully submitted,
DEFENDANTS , LARRY WELCH AND EDDY CHRISPIN

William F. Sinnott
Corporation Counsel

By their attorney:

/s/ Karen A. Glasgow
_____
Karen A. Glasgow
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-3238
BBO# 648688