**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 04-12468-JLT

SHAHEN EDWARDS,
     Plaintiff,

v.

LARRY WELCH, EDDY CHRISPIN
and J. NICKROSZ,
     Defendants.

## MOTION TO WITHDRAW ATTORNEY JAMES CHERNETSY AS COUNSEL OF RECORD FOR DEFENDANTS

    Now come the Defendants and request that this Honorable Court withdraw the appearance of James M. Chernetsky as counsel of record for the Defendants, Larry Welch and Eddy Chrispin in the above-captioned matter.  James M. Chernetsky is no longer employed by the City of Boston.

Respectfully submitted,
DEFENDANTS LARRY WELCH AND
EDDY CHRISPIN,
By Their attorneys:

William F. Sinnott
Corporation Counsel


  /s/ Karen A. Glasgow
Karen A. Glasgow, BBO# 648688
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-3238