UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAHEN EDWARDS, | * |
| Plaintiff, | * |
| v. | * |
| | *  Civil Action No. 04-12468-JLT |
| LARRY WELCH, EDDY CHRISPIN, and J. NICKROSZ | * |
| Defendants. | * |

ORDER

June 14, 2007

TAURO, J.

As Plaintiff has filed nothing with this court in over two years, and as Plaintiff has not complied with this court's April 30, 2007, request to file a status report, it appears that this case is not being diligently prosecuted. Accordingly, this court hereby orders that:

1. Pursuant to Local Rule 41.1(b), a hearing is scheduled for July 18, 2007, at 11:15 a.m..

2. "Each party shall, not less than ten (10) business days prior to the noticed hearing date, serve and file a certificate describing the status of the action or proceeding and showing that good cause exists for the court to retain the case on the docket."[1]

3. "Failure on the part of the plaintiff to file the required statement or his failure to appear at the scheduled hearing shall be grounds for the dismissal of the action."

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge

---

[1] Local Rule 41.1(b)(1).