UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHAHEN EDWARDS,      *
     *
         Plaintiff,      *
v.      *
     *    Civil Action No. 04-12468-JLT
LARRY WELCH, EDDY CHRISPIN, and      *
J. NICKROSZ      *
     *
         Defendants.      *

<u>ORDER</u>

July 18, 2007

TAURO, J.

As Plaintiff has failed to comply with this court's order of June 14, 2007, and as Plaintiff has not appeared at today's Local Rule 41.1(b) hearing, this court hereby orders that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  This case is closed.

IT IS SO ORDERED.

                                             /s/ Joseph L. Tauro
                                         United States District Judge